## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD K. EAKEN, SR.,** : | CIVIL ACTION NO. 1:06-CV-0886 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **CUNA MUTUAL INSURANCE, INC.** : | |
| and **HUNTINGDON COUNTY** : | |
| **FEDERAL CREDIT UNION,** : | |
| **Defendants** : | |

### **ORDER**

AND NOW, this 7th day of June, 2006, upon consideration of the stipulation of the parties (Doc. 9), it is hereby ORDERED that:

1. Plaintiff shall irrevocably remit any and all damages awarded in excess of $75,000.

2. The above-captioned case is REMANDED to the Court of Common Pleas of Huntingdon County for further proceedings.

3. The Clerk of Court is directed to SEND a copy of this order and TRANSFER the above-captioned case to the Court of Common Pleas of Huntingdon County.

4. The Clerk of Court is directed to CLOSE this case.


                                              /s/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge